**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | |
|---|---|
| JOAN LICHTMAN, | : No. 397 EAL 2014 |
| | : |
| Petitioner | : |
| | : Petition for Allowance of Appeal from the |
| | : Order of the Superior Court |
| v. | : |
| | : |
| | : |
| ZELENKOFSKE AXELROD & CO., LTD., | : |
| | : |
| Respondent | : |

**ORDER**

**PER CURIAM**

     **AND NOW**, this 25th day of November, 2014, the Petition for Allowance of Appeal is **DENIED**.